*Martin M. Kolbrener* for motion.
No one opposed.
Motion granted.   (See 292 N. Y. 270.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GORDON COOKE and WINSTON A. SEALY, Appellants.

Submitted April 3, 1944; decided April 12, 1944.

Motions by appellants for reargument denied.   (See 292 N. Y. 185.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ARTHUR L. KELHOFFER, Appellant.

Submitted March 2, 1944; decided April 13, 1944.